# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00287-CV

### In re Kenneth D. Eddens d/b/a Eddens Property Management

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the motion for emergency relief are denied. *See* Tex. R. App. P. 52.8(a); *id.* R. 52.10.

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: May 3, 2019